UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
OCT 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION  B - 98 - 143

United States District Court
Southern District of Texas
FILED
OCT 12 1998
Michael N. Milby, Clerk of Court

## Order Setting Conference

1. Counsel shall appear for an initial pretrial conference:

   February 18, 1999, at 4:00 p.m.
   in Judge Tagle's Chambers
   United States Court House
   500 East Tenth Street, Room 428
   Brownsville, Texas 78521.

2. At least 14 days before the conference, Pursuant to Fed R. Civ. P. Rule 26(f), counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial.

3. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

4. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

5. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

6. Counsel who file or remove an action must serve a copy of this order on the other parties.

7. Counsel who appears at the conference must have authority to bind the client and must know the facts.

8. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

9. Failure to comply with this order may result in sanctions, including dismissal of the action, assessment of expenses.

BY THE ORDER OF THE COURT

Therefore, the parties respectfully submit that proceedings this case should be held in abeyance pending the appeal of <u>Cantu-Salinas</u> and related cases.

                                      Respectfully submitted,

                                      JAMES H. DeATLEY
                                    United States Attorney
                                    Southern District of Texas

                                    _/s/ Lisa M. Putnam_
                                    LISA M. PUTNAM
                                    Special Assistant U.S. Attorney
                                    P.O. Box 1711
                                    Harlingen, Texas 78551
                                    Tel: (956) 389-7051

Dated: December 7, 1998

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel agrees not to oppose the Motion.

                                      _/s/ Lisa M. Putnam_
                                    LISA M. PUTNAM
                                    Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Lisa S. Brodyaga, Esq.
> 402 E. Harrison, 2d Floor
> Harlingen, TX 78550
> (210) 421-3426

on this the ___7th___ day of December, 1998.

LISA M. PUTNAM
Special Assistant United States Attorney