3

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN ———— DISTRICT OF ———— TEXAS

Jose Villanueva-Velasquez

v.

E.M. Trominski, INS District Director

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# B-98-143

United States District Court
Southern District of Texas
FILED

## DEC 09 1998

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

United States Attorney
910 Travis, Suite 1500 , P.O. Box 61129
Houston, Texas ~~77002~~
77208

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

OCT 1 2 1998

DATE

BY DEPUTY CLERK

ClibPDF - www.fastio.com

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 10/27/98 |
|---|---|
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): RRR Certified mail

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/8/98
_____   _____
Date                     Signature of Server

_____
Address of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address

2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to:<br><br>US Atty<br>PO Box 61129<br>Houston, Tx 77208 | 4a. Article Number<br>Z 419 719 978<br><br>4b. Service Type<br>☐ Registered      ☐ Insured<br>☒ Certified       ☐ COD<br>☐ Express Mail    ☐ Return Receipt for Merchandise<br><br>7. Date of Delivery |
|---|---|
| 5. Signature (Addressee) | 8. Addressee's Address (Only if requested and fee is paid) |

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*

RN RECEIPT

ClibPDF - www.fastio.com