7

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

OCT 12 1999

Michael N. Milby
Clerk of Court

Villanueva-Velasquez §
versus §
§
Gnominski §
§
§
§

Civil Action B-98-143

### Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed __October 12th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcs.
MAG flag

ClibPDF - www.fastio.com