9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 1 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE VILLANUEVA-VELASQUEZ,      )
     Petitioner,      )
           )
v.      )      Civil Action No. B-98-143
           )
E.M. TROMINSKI, INS      )
DISTRICT DIRECTOR, et al.      )
     Respondents.      )
_____)

## ORDER

    Upon consideration of Respondents' Unopposed Motion for Extension of Time to File Responsive Pleadings, the Court finds that the Motion should be granted.

    IT IS ORDERED that the Respondents shall have until June 15, 2001, to file any responsive pleadings in this matter.

    Done this _14th_ day of _May_ , 2001, in Brownsville, Texas.

_____
UNITED STATES **MAGISTRATE JUDGE**