13

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE VILLANUEVA-VELASQUEZ,       )    CA No. B-98-143
v.                                )
E.M. TROMINSKI, et al             )
_____)

ORDER GRANTING EMERGENCY HEARING ON
RESPONDENTS' MOTION TO DISMISS

Upon consideration of Petitioner's Unopposed Motion for an Emergency Hearing with respect to Respondents' Opposed Motion to Dismiss Without Prejudice, and good cause appearing therefore, it is the opinion of the Court that said motion should be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that a hearing be conducted on Respondents' motion to dismiss on the <u>2nd</u> day of July, 2001, at <u>2:00</u> p. m., on the second floor of the United States Courthouse, in Brownsville, Texas.

DONE at Brownsville, Texas,

this <u>19th</u> day of June, 2001.

_____
UNITED STATES MAGISTRATE JUDGE