JUL - 2 2001

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

```
Courtroom Clerk    :    M Garcia
Court Reporter     :    C Newman
CSO                :    Salinas
Date               :    July 2, 2001 at 2:00 p.m.
```
---

```
CV. NO. B-98-143    Jose Villanueva-Velasquez      vs  E M Trominski et al
        B-98-192    Ladislao Garcia-Espinosa       vs  E M Trominski et al
        B-98-193    Juan Jose Luna-Guzme           vs  E M Trominski et al
        B-99-010    Francisco Leos-Hernandez       vs  E M Trominski et al
        B-99-025    Delfino Gonzalez-Mercado       vs  E M TRominski et al
        B-99-040    Everardo Arechiga-Hernandez    vs  E M Trominski et al
        B-99-047    Orlando Reyes-Garza            vs  E M Trominski et al
        B-99-051    Vicente Dominguez-Infante      vs  E M Trominski et al
        B-99-126    Daniel Tamez-Muniz             vs  E M Trominski et al
        B-99-127    Juan Jose Verduzco-Arevalo     vs  E M Trominski et al
        B-99-128    Ricardo Gonzalez-Gonzalez      vs  E M Trominski et al
        B-00-100    Rodolfo Vargas-Lazarit         vs  E M Trominski et al
```
---

## PETITIONERS' UNOPOSSED MTN FOR EMERGENCY HEARING ON REPONDENTS' MTN TO DISMIS

Attorney Lisa Brodyaga present for the Petitioner'; Attorney Lisa Putnam presen for the Defendants';

Presentation, response and arguments made by both parties;

The Court will prepare a Report and Recommendation to Judge Tagle denying th Respondent's Motion to Dismiss.