```
            IN THE ... ...
         FOR THE SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION          Michael N. Milby, Clerk of Court

 3  JOSE VILLANUEVA-VELASQUEZ    )        B98-143
                                 )        (HGT/FR)
 4  VS.                          )
                                 )        Brownsville, Texas
 5  E. M. TROMINSKI, ET AL       )        July 2, 2001
    .............................)
 6
                                 and
 7
    LADISLAO GARCIA-ESPINOZA     )        B98-192
 8                               )        (HGT/FR)
    VS.                          )
 9                               )        Brownsville, Texas
    E. M. TROMINSKI, ET AL       )        July 2, 2001
10  .............................)

11                               and

12  JUAN JOSE LUNA-GUZME         )        B98-193
                                 )        (HGT/FR)
13  VS.                          )
                                 )        Brownsville, Texas
14  E. M. TROMINSKI, ET AL       )        July 2, 2001
    .............................)
15
                                 and
16
    FRANCISCO LEOS-HERNANDEZ     )        B98-010
17                               )        (HGT/FR)
    VS.                          )
18                               )        Brownsville, Texas
    E. M. TROMINSKI, ET AL       )        July 2, 2001
19
                                 and
20
    DELFINO GONZALEZ-MERCADO     )        B99-025
21                               )        (HGT/FR)
    VS.                          )
22                               )        Brownsville, Texas
    E. M. TROMINSKI, ET AL       )        July 2, 2001
23
                                 and
24

25
```

```
 1   EVERARDO ARECHIGA-HERNANDEZ   )        B99-040
                                   )          (FBV/JWB)
 2   VS.                           )
                                   )        Brownsville, Texas
 3   E. M. TROMINSKI, ET AL        )        July 2, 2001

 4                           and

 5   ORLANDO REYES-GARZA           )        B99-047
                                   )          (HGT/FR)
 6   VS.                           )
                                   )        Brownsville, Texas
 7   E. M. TROMINSKI, ET AL        )        July 2, 2001

 8                           and

 9   VICENTE DOMINGUEZ-INFANTE     )        B99-051
                                   )          (FBV/JWB)
10   VS.                           )
                                   )        Brownsville, Texas
11   E. M. TROMINSKI, ET AL        )        July 2, 2001

12                           and

13   DANIEL TAMEZ-MUNIZ            )        B99-126
                                   )          (HGT/FR)
14   VS.                           )
                                   )        Brownsville, Texas
15   E. M. TROMINSKI, ET AL        )        July 2, 2001

16                           and

17   JUAN JOSE VERDUZCO-AREVALO    )        B99-127
                                   )          (HGT/FR)
18   VS.                           )
                                   )        Brownsville, Texas
19   E. M. TROMINSKI, ET AL        )        July 2, 2001

20                           and

21   RICARDO GONZALEZ-GONZALEZ     )        B99-128
                                   )          (FBV/JWB)
22   VS.                           )
                                   )        Brownsville, Texas
23   E. M. TROMINSKI, ET AL        )        July 2, 2001

24                           and

25
```

3

```
 1  RODOLFO VARGAS-LAZARIT        )        B00-100
                                  )        (HGT/FR)
 2  VS.                           )
                                  )        Brownsville, Texas
 3  E. M. TROMINSKI, ET AL        )        July 2, 2001

 4

 5      HEARING ON PETITIONERS' UNOPPOSED MOTION FOR AN EMERGENCY
              HEARING ON RESPONDENTS' MOTION TO DISMISS
 6        BEFORE THE HONORABLE FELIX RECIO, MAGISTRATE JUDGE
                   UNITED STATES DISTRICT COURT
 7                       SOUTHERN DISTRICT

 8

 9

10  TRANSCRIPT ORDERED BY:         HONORABLE JUDGE FELIX RECIO

11  APPEARANCES FOR

12  THE PETITIONERS:               Ms. Lisa Brodyaga
                                   REFUGIO DEL RIO GRANDE
13                                 17891 Landrum Park Road
                                   San Benito, Texas  78586
14
    THE RESPONDENTS:               Ms. Lisa M. Putnam
15                                 Assistant District Counsel
                                      Special Assistant U.S.
16                                 Attorney
                                   UNITED STATES DEPARTMENT
17                                 OF JUSTICE
                                   Immigration &
18                                 Naturalization Service
                                   Office of the District
19                                 Counsel
                                   1709 Zoy Street
20                                 Harlingen, Texas  78551

21
    THE REPORTER:                  Carolyn Newman
22
    Proceedings recorded by oral stenography.
23
    Transcript produced by computer.
24

25
```