United States District Court
Southern District of Texas
FILED

JUL 03 2001

Michael N. Milby, Clerk of Court

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF TEXAS
2              BROWNSVILLE DIVISION

3    JOSE VILLANUEVA-VELASQUEZ      )        B98-143
                                    )        (HGT/FR)
4    VS.                            )
                                    )        Brownsville, Texas
5    E. M. TROMINSKI, ET AL         )        July 2, 2001
     ............................)
6
                                   and
7
     LADISLAO GARCIA-ESPINOZA       )        B98-192
8                                   )        (HGT/FR)
     VS.                            )
9                                   )        Brownsville, Texas
     E. M. TROMINSKI, ET AL         )        July 2, 2001
10   ............................)
11                                 and
12   JUAN JOSE LUNA-GUZME           )        B98-193
                                    )        (HGT/FR)
13   VS.                            )
                                    )        Brownsville, Texas
14   E. M. TROMINSKI, ET AL         )        July 2, 2001
     ............................)
15
16                                 and
17   FRANCISCO LEOS-HERNANDEZ       )        B98-010
                                    )        (HGT/FR)
18   VS.                            )
                                    )        Brownsville, Texas
     E. M. TROMINSKI, ET AL         )        July 2, 2001
19
20                                 and
21   DELFINO GONZALEZ-MERCADO       )        B99-025
                                    )        (HGT/FR)
22   VS.                            )
                                    )        Brownsville, Texas
     E. M. TROMINSKI, ET AL         )        July 2, 2001
23
24                                 and

25

ORIGINAL