18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE VILLANUEVA-VELASQUEZ,  )  <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> E.M. TROMINSKI, INS  ) <br> DISTRICT DIRECTOR, et al.  ) <br> Respondents.  ) <br> _____) | Civil Action No. B-98-143 |

## NOTICE TO THE DISTRICT COURT THAT RESPONDENTS WILL **NOT** OPPOSE THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT THE PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW, Respondents, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby notify the District Court that they will not oppose the Magistrate Judge's Report and Recommendation to grant the Petition for Writ of Habeas Corpus. Instead of waiting the ten days and filing nothing, this notice is being filed so that an order can be entered immediately. The Petitioner and his counsel are working under a deadline (July 23, 2001) for another approach to the relief sought herein and an order entered in this case would alleviate the necessity for that pursuit.[1]

---

[1] Opposing counsel has been verbally notified that the Respondents are taking this position.

For this reason, the Respondents notify the District Court that they will not oppose the Magistrate Judge's Report and Recommendation and respectfully request that an order adopting the Magistrate Judge's Report and Recommendation be entered as soon as possible.

                              Respectfully submitted,

                              FRANK W. HUNGER
                              Assistant Attorney General
                              Civil Division

                              GREGORY A. SERRES
                              United States Attorney
                              Southern District of Texas

                              *[signature]*

                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              Attorney in Charge
                              Georgia Bar No. 590315
                              Federal Bar No. 23937
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel: (956) 389-7051

Date: July 16, 2001              Fax: (956) 389-7057

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX  78586

on this the \_\_\_\_16th\_\_\_\_ day of \_\_\_\_July\_\_\_\_, 2001.

*[signature]*
Lisa M. Putnam
Special Assistant U.S. Attorney